CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JAN 03 2013

JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### DANVILLE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 4:10-cr-00010-1 | |
| | ) | | |
| v. | ) | **§ 2255 ORDER** | |
| | ) | | |
| DARYL WENDELL BARLEY, | ) | By: | Hon. Jackson L. Kiser |
| Petitioner. | ) | | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that petitioner's motion to amend is **DENIED**; the United States' motion to dismiss is

**GRANTED**; petitioner's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C.

§ 2255, is **DISMISSED**; a certificate of appealability is **DENIED**; and the action is **STRICKEN**

from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum

Opinion to petitioner and counsel of record for the United States.

**ENTER**: This _3rd_ day of January, 2013.

Senior United States District Judge