AO 247 (02/08) Order Regarding Motion for Sentence Reduction

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
APR 21 2015
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>DARYL WENDELL BARLEY | )<br>)<br>) Case No: 4:10CR00010-001<br>) USM No: 14643-084 |
| Date of Previous Judgment: 02/04/2011<br>(Use Date of Last Amended Judgment if Applicable) | )<br>) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __292__ months **is reduced to** __240 months*__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __36__     Amended Offense Level: __34__
Criminal History Category: __V__     Criminal History Category: __V__
Previous Guideline Range: __292__ to __365__ months     Amended Guideline Range: __240__ to __293__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
*Defendant is sentenced to 240 months, but not less than time served. Defendant's sentence consists of 240 months on each of Counts 2 and 3, to be served concurrently. Defendant's sentence is the mandatory minimum sentence for his conviction.

Except as provided above, all provisions of the judgment dated __02/04/2011__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 4/21/2015

Effective Date: __11/01/2015__
(if different from order date)

Judge's signature

Hon. Jackson L. Kiser, Senior U.S. District Judge
Printed name and title