AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
APR - 2 2019
JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DARYL WENDELL BARLEY | ) | Case No: 4:10CR00010 |
| | ) | USM No: 14643-084 |
| Date of Previous Judgment: 04/21/2015 | ) | |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **240** months **is reduced to** **235 months**.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 34 | Amended Offense Level: | 34 | |
| Criminal History Category: | V | Criminal History Category: | V | |
| Previous Guideline Range: | 240 to 293 months | Amended Guideline Range: | 235 to 293 months | |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Defendant's Motion to Appoint Counsel [ECF No. 112] is DENIED.
Defendant is sentenced to 235 months, but not less than time served. Defendant's sentence consists of 235 months on each of Counts 2s and 3s, to be served concurrently.

Except as provided above, all provisions of the judgment dated **04/21/2015** shall remain in effect.
**IT IS SO ORDERED.**
Order Date: 4/2/2019

Judge's signature

Effective Date: _____
(if different from order date)

Hon. Jackson L. Kiser, Senior U.S. District Judge
Printed name and title