AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
MAY 18 2020
JULIA C. DUDLEY, CLERK
BY: s/ MARTHA L. HUPP
DEPUTY CLERK

United States of America )
v. )
DARYL WENDELL BARLEY ) Case No: 4:10CR00010
) USM No: 14643-084
Date of Previous Judgment: 04/21/2015 )
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 240 months **is reduced to** 230 months*.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 34           Amended Offense Level: 34
Criminal History Category: V         Criminal History Category: V
Previous Guideline Range: 240 to 293 months    Amended Guideline Range: 235 to 293 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☑ Other (explain):

Given Defendant's efforts at rehabilitation, education, and vocation while in prison, the court will impose a below Guidelines sentence. He is commended for his efforts.

**III. ADDITIONAL COMMENTS**

*Defendant's sentence consists of 230 months on Counts 2s and 3s, to be served concurrently.

Except as provided above, all provisions of the judgment dated 04/21/2015 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 05/18/2020

Judge's signature

Effective Date: _____
(if different from order date)

Hon. Jackson L. Kiser, Senior U.S. District Judge
Printed name and title